NUMBER 13-02-069-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


________________________________________________________________

 

JUAN RAMON MORENO , Appellant,



v.




THE STATE OF TEXAS, Appellee.

________________________________________________________________



On appeal from the 389th District Court 

of Hidalgo County, Texas.


________________________________________________________________



MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam




 Appellant, JUAN RAMON MORENO , perfected an appeal from a judgment entered by the 389th District Court of
Hidalgo County, Texas, in cause number CR-1418-01-H . On June 20, 2002 , this cause was abated, and the trial court
was directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on November 14, 2002 . The trial court found that the appellant does not wish to
prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings and recommendations, is of the opinion
that the appeal should be dismissed. The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 3rd day of April, 2003 .